IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY SANGALANG,

      Plaintiff,                No. CIV S-10-2514 KJM P

    vs.

CDCR MEDICAL HEALTH DEPARTMENT, et al.,

      Defendants.           ORDER

                             /

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 19, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (Docket No. 13) is granted; and

       2. Plaintiff shall file an amended complaint on or before December 19, 2010.

DATED: December 7, 2010.

                                                  U.S. MAGISTRATE JUDGE

/mp
sang2514.36