IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY SANGALANG,

        Plaintiff,                    No. CIV S-10-2514 EFB (TEMP) P

    vs.

CDCR MEDICAL HEALTH
DEPARTMENT, et al.,

        Defendants.           ORDER

        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On November 19, 2010, the court dismissed plaintiff's complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint may result in this action being dismissed.

        On December 7, 2010, the court granted plaintiff an extension of time up to and including December 19, 2010 in which to file his amended complaint.

////

1

1   Despite the extension of time, the deadline to act has expired and plaintiff has not filed an
2   amended complaint or otherwise responded to the court's order.
3   Accordingly, it is hereby ordered that this action is DISMISSED.
4   Dated: January 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE